# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>and<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>-vs-<br><br>CRAZY HORSE CONCRETE, INC., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 10 C 5471<br><br>Honorable Judge<br>Joan H. Lefkow |

## PLAINTIFFS' MOTION FOR REINSTATEMENT
## AND FOR ENTRY OF JUDGMENT

NOW COME the Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Howard McDougall, trustee, and hereby request that this Court reinstate this case against Crazy Horse Concrete, Inc., an Illinois corporation ("Crazy Horse"), pursuant to an Order entered by this Court on April 5, 2011 and enter a judgment against Crazy Horse in accordance with a settlement agreement. In support of this motion, the Plaintiffs state as follows:

1. On August 30, 2010, Plaintiffs filed a complaint against Crazy Horse under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the

Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. §1001 *et seq*, in order to collect delinquent contributions due and owing to Plaintiffs as well as interest, liquidated damages, attorneys' fees, and costs.

2.      On March 25, 2011, Plaintiffs and Defendant entered into a Settlement Agreement for the resolution of Plaintiffs' claim. (¶ 4 of Beaton Affidavit, Exhibit A.)

3.      On April 5, 2011, this Court entered an Order whereby this Court would retain jurisdiction to enforce the parties' Settlement Agreement with leave to reinstate the case on or before May 31, 2011.

4.      Crazy Horse has fulfilled its obligations to the Central States, Southeast and Southwest Areas Health and Welfare Fund under the Settlement Agreement so that Fund is not seeking any relief in this Motion.

5.      However, Crazy Horse is now in default of the Settlement Agreement with respect to payments owed to the Pension Fund. The Settlement Agreement provides that:

> Crazy Horse shall pay the contributions billed by the Pension Fund based upon the work history reported by Crazy Horse for the period of December 2009 to January 2011 in the amount of $30,878.56 plus interest which amount shall be paid as follows: (1) $15,000 will be paid to the Pension Fund upon the execution of this Agreement; and (2) the remaining balance including accrued interest, will be paid on or before May 15, 2011. In addition, Crazy Horse will pay contributions owed for the month of February 2011 by March 25, 2011 and it will pay contributions for the month of March 2011 on or before April 15, 2011.

While Crazy Horse made the initial $15,000 payment and *part* of the final payment, it is in default because a) it failed to make its full final payment of the December 2009 to January 2011 contributions which was due no later that May 15, 2011 so $1,318.19 remains due; and b) Crazy Horse failed to pay any part of its pension contributions owed to the Pension Fund for the months of February and March 2011 which total $2,269.99 including interest.

(¶¶ 5, 7, 8 of Beaton Affidavit, Exhibit A.) Plaintiffs also request that the court award the attorneys fees and cost incurred in connection with this Motion which total $721.50. (¶ 5 of McMahon Affidavit, Exhibit B.)

6.      Plaintiffs have advised Crazy Horse of the default under the terms of the Settlement Agreement, but have yet to receive the outstanding amounts owed. (¶ 9 of Beaton Affidavit, Exhibit A.) As such, Plaintiffs are seeking to reinstate this lawsuit and for a judgment in accordance with the Settlement Agreement.

**WHEREFORE**, Plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, hereby request that this Court reinstate this case pursuant to this Court's Order dated April 4, 2011 and enter a judgment against Defendant Crazy Horse Concrete, Inc. pursuant to the terms of the Settlement Agreement and in the amount of $3,588.18, plus liquidated damages and attorneys' fees and costs.

Respectfully submitted,


s/  Rebecca K. McMahon
Rebecca K. McMahon
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938
847/518-9800, Ext. 3441
May 31, 2011                        ARDC #06290192

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on May 31, 2011, I caused the foregoing Plaintiffs' Motion for Reinstatement and for Entry of Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

 s/ Rebecca K. McMahon
Rebecca K. McMahon
One of Central States' Attorneys
